# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JULIE ALBERTS, | |
| Plaintiff, | Case No. 1:16-cv-1396 |
| v. | |
| ENERSON LAW, LLC, | HON. GORDON J. QUIST |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Now come the parties, by and through their undersigned counsel, who hereby stipulate to the dismissal of this matter, with prejudice. Each party shall bear its own fees and costs.

DATED: May 11, 2017

Respectfully Submitted,

/s/ B. Thomas Golden
B. Thomas Golden (P70822)
GOLDEN LAW OFFICES, P.C.
Attorney for Plaintiff
2816 W. Main Street
P.O. Box 9
Lowell, Michigan 49331
(616) 897-2900

/s/ Mark Linton
Mark Linton (P66503)
RAUSCH, STURM, ISRAEL, ENERSON & HORNIK, Of Counsel to ENERSON LAW, PLLC, Attorneys for Defendant
30150 Telegraph Rd., Ste. 444
Bingham Farms, Michigan 48025
(262) 796-6997